UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CARLOS GARCIA,

    Petitioner,

-v-

MATTHEW G. WHITAKER, Acting Attorney General, et al.,

    Respondents.

18-CV-6836 MAT
ORDER

---

Pro se petitioner Carlos Garcia ("Petitioner"), who is subject to an order of removal issued by an Immigration Judge, has filed a Petition (Docket No. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2241(c) challenging his detention in Respondents' custody at the Buffalo Federal Detention Facility. Petitioner claims that his detention violates due process because there is "no significant likelihood of [his] removal in the reasonably foreseeable future . . . ." Zadvydas v. Davis, 533 U.S. 678, 700-01 (2001) (presumptive limit to reasonable duration of detention under § 1231(a)(6) is six months; after six months, "once the alien provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the [g]overnment must respond with evidence sufficient to rebut that showing"); see generally 8 U.S.C. § 1231(a)(1) (stating that Attorney General must remove an alien within 90 days of final order of removal), 8 U.S.C. § 1231(a)(6) ("An alien ordered removed . . . may be detained beyond the [90-day] removal period . . .").

Petitioner has paid the $5.00 filing fee and also has filed a Motion for Appointment of Counsel (Docket No. 2). Accordingly, Respondent shall be directed to

1

file an answer to the Petition. Because Respondents have not yet answered the Petition, Petitioner's Motion for Appointment of Counsel is denied without prejudice as premature. See 18 U.S.C. § 3006A(a)(2)(B)

## ORDER

IT IS HEREBY ORDERED that Petitioner's Motion for Appointment of Counsel (Docket No. 2) is denied without prejudice; and it is further

ORDERED that within **45 days of the date of this Order,** Respondents shall file and serve an **answer** responding to the allegations in the Petition (Docket No. 1); and it is further

ORDERED that within **45 days of the date of this Order,** Respondents shall file and serve, in addition to their answer, a **memorandum of law** addressing each of the issues raised in the Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that within **45 days of the date of this Order**, instead of their answer, Respondents may file a **motion to dismiss** the Petition, accompanied by appropriate exhibits demonstrating that an answer to the Petition is unnecessary; and it is further

ORDERED that Petitioner shall have **25 days after his receipt of the Respondents' answer or motion to dismiss** to file a written response; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

2

PETITIONER IS ADVISED THAT HE MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENTS.

SO ORDERED.

_____
Michael A. Telesca
United States District Judge

DATED: April 2, 2019
Rochester, NY